

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-15-00071-CV

IN THE MATTER OF THE MARRIAGE OF
ALEXANDRA ELIZABETH CAIN AND ELIZABETH CAIN
AND IN THE INTEREST OF G.K.C. AND C.A.C., CHILDREN

On Appeal from the 102nd District Court
Bowie County, Texas
Trial Court No. 15-D-0231-102

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Burgess

## MEMORANDUM OPINION

The appellant, Elizabeth Cain, has filed a motion with this Court seeking to dismiss her appeal. Pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure, the motion is granted. *See* TEX. R. APP. P. 42.1(a)(1).

Accordingly, we dismiss this appeal.


Ralph K. Burgess
Justice


Date Submitted:     October 7, 2015
Date Decided:       October 8, 2015

2